**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>STEPHANIE A. GALLAGHER<br>UNITED STATES MAGISTRATE JUDGE<br>MDD_SAGchambers@mdd.uscourts.gov | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-7780<br>Fax (410) 962-1812 |

October 20, 2015

TO ALL COUNSEL OF RECORD

    RE:    <u>Yvette Coleman-Chang v. Bobbi Jo Eighensehr</u>
              Civil No. SAG-15-2907

Dear Counsel:

    The above-referenced case was referred to me for all proceedings, pursuant to 28 U.S.C. §636(c) and Local Rule 301.4, on October 20, 2015 (ECF No. 7).

    I understand that your clients consent to proceed before a Magistrate Judge. The case file, however, does not contain written consent from the Defendant. Accordingly, the appropriate consent form should be accessed on the court's web site, www.mdd.uscourts.gov, by going to "Forms and Manuals," clicking on "Civil," and selecting the form "Consent to Proceed Before U.S. Magistrate Judge." The electronic form should then be electronically filed no later than **Tuesday, November 3, 2015.**

    A conference call has been set for **Tuesday, November 3, 2015** at **9:30 a.m.** to discuss the appropriate schedule in this case. I would ask that Plaintiff's counsel please initiate the call.

    Enclosed is a form scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss (1) whether you would like to participate in a settlement conference either before or after the completion of discovery; (2) whether discovery of electronically stored information may be necessary; (3) any changes to the dates in the form scheduling order; and (4) whether you would like to defer any of the expert discovery until after summary judgment motions are resolved.

    Finally, please note that my initials, as listed above, should be used on all further correspondence and filings with the Court.

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                                    Sincerely yours,

                                                    /s/

                                                    Stephanie A. Gallagher
                                                    United States Magistrate Judge

Enclosure